**RECEIVED**

JUL 27 2005

JAMES BONINI, CLERK
COLUMBUS, OHIO

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO

FILED
JAMES BONINI
CLERK

05 SEP 12 PM 3:41

U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
EAST. DIV. COLUMBUS



C2-05-841

JUDGE FROST

MAGISTRATE JUDGE KING

RANDY COOPER
(ENTER ABOVE THE NAME OF THE PLAINTIFF IN THIS ACTION)

IF THE PLAINTIFF IS A PRISONER:   PRISONER # 22799

vs.

JOE MANCHIN
(ENTER ABOVE THE NAME OF THE DEFENDANT IN THIS ACTION)

IF THERE ARE ADDITIONAL DEFENDANTS PLEASE LIST THEM:

THOMAS MCBRIDE

JIM RUBENSTEIN

**COMPLAINT**

I. PARTIES TO THE ACTION:

PLAINTIFF: PLACE YOUR NAME AND ADDRESS ON THE LINES BELOW. THE ADDRESS YOU GIVE MUST BE THE ADDRESS THAT THE COURT MAY CONTACT YOU AND MAIL DOCUMENTS TO YOU. A TELEPHONE NUMBER IS REQUIRED.

RANDY COOPER
NAME - FULL NAME PLEASE - PRINT

1 mountainside way
ADDRESS: STREET, CITY, STATE AND ZIP CODE

MT OLIVE W.VA @ 25185

n/a
TELEPHONE NUMBER

IF THERE ARE ADDITIONAL PLAINTIFFS IN THIS SUIT, A SEPARATE PIECE OF PAPER SHOULD BE ATTACHED IMMEDIATELY BEHIND THIS PAGE WITH THEIR FULL NAMES, ADDRESSES AND TELEPHONE NUMBERS. IF NO ADDITIONAL PLAINTIFFS EXIST CONTINUE WITH THIS FORM.

PAGE 2 AND 3 OF THIS FORM DEAL ONLY WITH A PLAINTIFF THAT IS INCARCERATED AT THE TIME OF FILING THIS COMPLAINT.

IF YOU ARE A PRISONER FILING A CIVIL SUIT THE FOLLOWING INFORMATION IS REQUIRED:

PREVIOUS LAWSUITS:

A. HAVE YOU BEGUN OTHER LAWSUITS IN STATE OR FEDERAL COURT DEALING WITH THE SAME FACTS INVOLVED IN THIS ACTION OR OTHERWISE RELATING TO YOUR IMPRISONMENT? YES (X) NO ( )

B. IF YOUR ANSWER TO A IS YES, DESCRIBE THE LAWSUIT IN THE SPACE BELOW. (IF THERE IS MORE THAN ONE LAWSUIT, DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THE SAME OUTLINE.)

1. PARTIES TO THIS PREVIOUS LAWSUIT

   PLAINTIFFS:
   RANDY COOPER

   DEFENDANTS:
   JOE MANCHIN    BOB WISE   GOVERNORS
   THOMAS MCBRIDE
   JIM RUBENSTEIN

2. COURT (IF FEDERAL COURT, NAME THE DISTRICT: IF STATE COURT, NAME THE COUNTY)
   SEE ATTACHED

3. DOCKET NUMBER
   SEE ATTACHED

4. NAME OF THE JUDGE TO WHOM THE CASE WAS ASSIGNED
   SEE ATTACHED

5. DISPOSITION (FOR EXAMPLE, WAS THE CASE DISMISSED? WAS IT APPEALED? IS IT STILL PENDING?)
   SEE ATTACHED

6. APPROXIMATE DATE OF THE FILING OF THE LAWSUIT
   SEE ATTACHED

7. APPROXIMATE DATE OF THE DISPOSITION
   SEE ATTACHED

PLACE OF PRESENT CONFINEMENT

- A. IS THERE A PRISONER GRIEVANCE PROCEDURE IN THIS INSTITUTION? YES (X) NO ( )
- B. DID YOU PRESENT THE FACTS RELATING TO YOUR COMPLAINT IN THIS STATE PRISONER GRIEVANCE PROCEDURE? YES (X) NO ( )
- C. IF YOUR ANSWER IS YES:
  1. WHAT STEPS DID YOU TAKE?

     FILED MY PROPER PROCEDURES ASKING
     FOR HARRASSMENT TO STOP AND INFORMATION
     TO HAVING A IMPLANT IN NECK

  2. WHAT WAS THE RESULT?

     ALL COMPLIANTS DENYED FILE A CIVIL
     SUIT IF YOU FEEL THE NEED

- D. IF YOUR ANSWER IS NO, EXPLAIN WHY NOT.

- E. IF THERE IS NO PRISON GRIEVANCE PROCEDURE IN THIS INSTITUTION, DID YOU COMPLAIN TO PRISON AUTHORITIES? YES (X) NO ( )
- F. IF YOUR ANSWER IS YES:
  1. WHAT STEPS DID YOU TAKE?

     I"VE SPOKE TO SEVERAL STAFF IN REGARDS TO MY A
     ALLEGATIONS OF A IMPLANT IN NECK

  2. WHAT WAS THE RESULT?

     RESPONSEES ARE DENYED OR IF I SEEKED
     MENTAL HELP TRYING TO MAKE ME OUT TO
     BE CRAZY.

-3-

DEFENDANTS:

PLACE THE NAME AND ADDRESS OF EACH DEFENDANT YOU LISTED IN THE CAPTION ON THE FIRST PAGE OF THIS COMPLAINT. THIS FORM IS INVALID UNLESS EACH DEFENDANT APPEARS WITH FULL ADDRESS FOR PROPER SERVICE.

1. XXXNXXXXXXXXX JOE MANCHIN GOV;
   NAMES - FULL NAME PLEASE

   112 california ave charleston w.va. 25305 XXXXXX
   ADDRESS - STREET, CITY, STATE AND ZIP CODE

2. JIM RUBENSTEIN COMMISSIONER OF CORRECTIONS

   112 california ave charleston w.va 25305

3. THOMAS MCBRIDE WARDEN

   1 mountainside way mt.olive w.va 25185

4. captain r .williams

   !1MOUNTAINSIDE WAY MT.OLIVE W.VA 25185

5. CAPTAIN R.RHODES

   1 mountainside way mt.olive w.va 25185

6. see attached defendants mocc

   the state of west virginia

IF THERE ARE ADDITIONAL DEFENDANTS, PLEASE CONTINUE LISTING THEM.

    see attached listed in compliants
    civil suits actions

-4-

## STATEMENT OF CLAIM

PLEASE WRITE AS BRIEFLY AS POSSIBLE THE FACTS OF YOUR CASE. DESCRIBE HOW EACH DEFENDANT IS INVOLVED. INCLUDE THE NAME OF ALL PERSONS INVOLVED. GIVE DATES AND PLACES.

DO NOT GIVE ANY LEGAL ARGUMENTS OR CITE ANY CASES OR STATUTES.

IF YOU HAVE A NUMBER OF DIFFERENT CLAIMS; PLEASE NUMBER AND SET FORTH EACH CLAIM IN A SEPARATE PARAGRAPH. USE AS MUCH SPACE AS YOU NEED. YOU ARE NOT LIMITED TO THE PAPERS WE GIVE YOU. ATTACH EXTRA SHEETS THAT DEAL WITH YOUR STATEMENT CLAIM IMMEDIATELY BEHIND THIS PIECE OF PAPER.

see attached

## RELIEF

IN THIS SECTION PLEASE STATE (WRITE) BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT, CITE NO CASES OR STATUTES.

see attached

SIGNED THIS 28 DAY OF june 20 05.

SIGNATURE OF PLAINTIFF